| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **EASTERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| SHAJIA AYOBI, | Case No.: 1:17-cv-00693-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| DERRAL G. ADAMS, et al., | [ECF Nos. 30, 31] |
| Defendants. | |

Plaintiff Shajia Ayobi is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 9, 2018, the Court referred this case to post-screening Alternative Dispute Resolution, and a settlement conference is set for September 13, 2018, at 9:30 a.m. before United States Magistrate Judge Barbara A. McAuliffe. (ECF No. 27.) In that order, the Court allowed defense counsel the option to "opt-out" of the settlement conference within thirty days, i.e. June 8, 2018. (Id.) Despite the thirty-day deadline, Defendants filed a request to opt out of the early settlement conference on September 4, 2018, and failed to explain why the deadline was not meet. (ECF No. 29.) Therefore, on September 5, 2018, the Court vacated the settlement conference and issued an order to show cause why sanctions should not be imposed on defense counsel. (ECF No. 30.)

On September 10, 2018, defense counsel, Matthew Roman, filed a declaration in response to the order to show cause. (ECF No. 31.) Mr. Roman further declares that when the May 9, 2018 order

referring the case to post-screening he did not have the opportunity to fully assess the merits of the case and whether early settlement would be beneficial. (Roman Decl. ¶ 2.) After his investigation, Mr. Roman determined that an early settlement conference would not be productive. (Roman Decl. ¶ 5.) Mr. Roman declares that he "did not intentionally delay in filing a Motion to Opt Out of the Early Settlement Conference. My decision to file an untimely Motion to Opt Out was based upon my belief that vacating the settlement conference would best preserve judicial resources as well as the resources of the Department of Corrections and Rehabilitation." (Roman Decl. ¶ 6.) Counsel indicates that he "will make all efforts to ensure that it not happen again." (Roman Decl. ¶ 8.) Based on defense counsel's representations and good cause, the Court HEREBY DISCHARGES the order to show cause issued on September 5, 2018.

IT IS SO ORDERED.

Dated: **September 11, 2018**

UNITED STATES MAGISTRATE JUDGE