# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAJIA AYOBI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00693-DAD-SAB (PC)<br><br>**ORDER LIFTING STAY AND AMENDED DISCOVERY AND SCHEDULING ORDER** |

Plaintiff Shajia Ayobi is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 9, 2018, the Court referred the case to post-screening alternative dispute resolution, stayed the case for 140 days, and a settlement conference was set for September 13, 2018. (ECF No. 27.) On September 5, 2018, the settlement conference was vacated. (ECF No. 30.) Accordingly, it is HEREBY ORDERED:

    1.    The stay is lifted and the discovery and scheduling order is amended as follows:

        a.    The deadline for filing an exhaustion motion is **October 11, 2018;**

        b.    The deadline for amending the pleadings is **November 11, 2018**;

        c.    The deadline for completion of all discovery, including filing motions to compel, is **January 11, 2019**;

        d.    The deadline for filing pretrial dispositive motions is **February 11, 2019**; and

e. All other provisions of the Court's February 8, 2018, discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: **September 11, 2018**

UNITED STATES MAGISTRATE JUDGE